**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEFEVRE, KELLY § Case No. 09-49184-BWB
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/08/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/08/2010          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEFEVRE, KELLY § Case No. 09-49184-BWB
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.68 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,000.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                         *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 1,450.04 | $ |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 1,000.00 | $ 32.97 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*                                    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,827.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                                    *Allowed Amt. of Claim*    *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 15,805.56 | $ 708.13 |
| 2 | Chase Bank USA, N.A. | $ 13,897.50 | $ 622.65 |
| 3 | Chase Bank USA, N.A. | $ 2,202.02 | $ 98.66 |
| 4 | PYOD LLC as assignee of Citibank | $ 1,881.11 | $ 84.28 |
| 5 | PYOD LLC as assignee of Citibank | $ 9,567.33 | $ 428.64 |
| 6 | Advanta Bank Corp. | $ 12,390.43 | $ 555.13 |
| 7 | Fifth Third Bank | $ 2,923.28 | $ 130.97 |
| 8 | Chase Bank USA,N.A | $ 752.37 | $ 33.71 |
| 10 | American Express Bank, FSB | $ 1,496.50 | $ 67.05 |
| 11 | Fifth Third Bank | $ 3,968.23 | $ 177.79 |
| 12 | Citibank South Dakota NA | $ 8,648.69 | $ 387.49 |
| 13 | U.S. Bank N.A. | $ 6,317.78 | $ 283.05 |
| 14 | Fia Card Services, NA/Bank of America | $ 10,749.73 | $ 481.62 |
| 15 | Fia Card Services, NA/Bank of America | $ 9,136.28 | $ 409.33 |
| 16 | GE Money Bank dba SAM'S CLUB | $ 1,091.03 | $ 48.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                  Allowed Amt. of Claim     Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                 *Allowed Amt. of Claim*   *Proposed Payment*

N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola                Page 1 of 2                   Date Rcvd: Sep 09, 2010
Case: 09-49184                 Form ID: pdf006              Total Noticed: 40

The following entities were noticed by first class mail on Sep 11, 2010.
db           +Kelly LeFevre,    17238 South Honora Drive,    Plainfield, IL 60586-8006
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David W. Nordin,    Nordin & Sturino, P.O.,    1555 Naperville-Wheaton Road,
               Naperville, IL 60563-1535
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
15304692    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,     POB 3001,    Malvern, PA 19355-0701)
15390638      American Express Bank, FSB,     POB 3001,    Malvern, PA 19355-0701
14926155      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14926156     +Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
15248948      Capital One Bank (USA), N.A.,     by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
14926157      Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15287198      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15337303     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
14926159      CitiBusiness Card,    P.O. Box 6889001,    Des Moines IA 50368-8901
15571491      Citibank South Dakota NA,    Exception Payment Processing,     PO Box 6305,
               The Lakes, NV 88901-6305
14926160      Citicards,    P.O. Box 688901,    Des Moines, IA 50368-8901
14926161      Costco,   American Express,    Box 0001,    Los Angeles, CA 90096-8000
14926162     +Edward Hospital,    C/O RCS,    P.O. Box 7229,    Westchester, IL 60154-7229
14926165    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     P.O. Box 630778,    Cincinnati, OH 45263-0778)
14926164      Fifth Third Bank,    P.O. Box 630412,    Cincinnati, OH 45263-0412
14926163      Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
15336741     +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
               Grand Rapids MI 49546-6253
14957470     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
14926166      First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
14926168     +HSBC,   P.O. Box 17051,    Baltimore, MD 21297-1051
14926167      Home Depot Credit Services,     Processing Center,    Des Moines, IA 50364-0500
14926151     +Kelly LeFevre,    17238 S. Honora Dr.,    Plainfield, IL 60586-8006
14926152     +Nordin & Sturino, P.C.,    1555 Naperville/Wheaton Rd.,    Suite 207,    Naperville, IL 60563-1535
15300275     +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14926170      Resource Bank,    attn: Ted Strack,    555 Bethany Rd,    DeKalb IL 60115-4941
14926172     +Tech Credit Union,    10951 Broadway,    Crown Point, IN 46307-8836
15631795    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
14926173    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     P.O. Box 790408,    St. Louis, MO 63179-0408)

The following entities were noticed by electronic transmission on Sep 09, 2010.
14926154      E-mail/Text: bkr@cardworks.com                           Advanta Bank Corp.,    P.O. Box 8088,
               Philadelphia, PA 19101-8088
14926153      E-mail/Text: ebnbankruptcy@ahm.honda.com                           Acura Financial Services,
               P.O. Box 60001,    City of Industry, CA 91716-0001
15663181      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2010 02:20:45
               Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
15672055     +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2010 02:32:56       GE Money Bank dba SAM'S CLUB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14926169      E-mail/PDF: cr-bankruptcy@kohls.com Sep 10 2010 02:23:23       Kohls Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
14926171      E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2010 02:33:00       Sam's Club,   P.O. Box 530942,
               Atlanta, GA 30353-0942
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14926158*     Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: rmarola              Page 2 of 2              Date Rcvd: Sep 09, 2010
Case: 09-49184                Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**          **Signature:**          *Joseph Speetjens*