# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEFEVRE, KELLY  §  Case No. 09-49184-BWB
  §
  §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00   Assets Exempt:  $20,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,517.74   Claims Discharged Without Payment: $95,310.10

Total Expenses of Administration: $1,483.01

3) Total gross receipts of $ 7,000.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $87,106.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,483.01 | 1,483.01 | 1,483.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 100,827.84 | 100,827.84 | 5,517.74 |
| **TOTAL DISBURSEMENTS** | $0.00 | $190,417.41 | $102,310.85 | $7,000.75 |

  4) This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 13 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2011  By: /s/THOMAS B. SULLIVAN, TRUSTEE
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 FORD F250 | 1129-000 | 7,000.00 |
| Interest Income | 1270-000 | 0.75 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Resource Bank | 4110-000 | N/A | 87,106.56 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$87,106.56** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,450.04 | 1,450.04 | 1,450.04 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,000.00 | 0.00 | 0.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 32.97 | 32.97 | 32.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,483.01 | 1,483.01 | 1,483.01 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 15,805.56 | 15,805.56 | 864.95 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,897.50 | 13,897.50 | 760.53 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,202.02 | 2,202.02 | 120.50 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,881.11 | 1,881.11 | 102.94 |
| 5 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 9,567.33 | 9,567.33 | 523.57 |
| 6 | Advanta Bank Corp. | 7100-000 | N/A | 12,390.43 | 12,390.43 | 678.06 |
| 7 | Fifth Third Bank | 7100-000 | N/A | 2,923.28 | 2,923.28 | 159.97 |
| 8 | Chase Bank USA, N.A | 7100-000 | N/A | 752.37 | 752.37 | 41.17 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 1,496.50 | 1,496.50 | 81.90 |
| 11 | Fifth Third Bank | 7100-000 | N/A | 3,968.23 | 3,968.23 | 217.16 |
| 12 | Citibank South Dakota NA | 7100-000 | N/A | 8,648.69 | 8,648.69 | 473.29 |
| 13 | U.S. Bank N.A. | 7100-000 | N/A | 6,317.78 | 6,317.78 | 345.74 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 10,749.73 | 10,749.73 | 588.27 |
| 15 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 9,136.28 | 9,136.28 | 499.98 |
| 16 | GE Money Bank dba SAM'S CLUB | 7100-000 | N/A | 1,091.03 | 1,091.03 | 59.71 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 0.00 | 100,827.84 | 100,827.84 | 5,517.74 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-49184-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** LEFEVRE, KELLY  **Filed (f) or Converted (c):** 12/30/09 (f)
  **§341(a) Meeting Date:** 02/04/10
**Period Ending:** 02/09/11  **Claims Bar Date:** 06/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 17238 SOUTH HONORA DRIVE, PLAINFIELD | 412,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING | 150.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,282.50 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 0.00 | 0.00 | | 0.00 | FA |
| 5 | IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | KELE & COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CUSTOMER LISTS | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2003 ACURA MDX | 15,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2003 FORD F250 | 10,900.00 | 8,500.00 | | 7,000.00 | FA |
| 10 | 2003 HONDA MOTORCYCLE | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT | 150.00 | 0.00 | | 0.00 | FA |
| 12 | COPY MACHINE | 25.00 | 0.00 | | 0.00 | FA |
| 13 | INVENTORY | 90,000.00 | 0.00 | | 0.00 | FA |
| 14 | KELE & COMPANY LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | LEFEVRE MORTGAGE PROCESSINC LLC | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.75 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$533,707.50** | **$8,500.00** | | **$7,000.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

DISBURSED FINAL CHECK ON OCTOBER 12, 2010

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011      **Current Projected Date Of Final Report (TFR):**   September 8, 2010  (Actual)

Printed: 02/09/2011 09:05 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-49184-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| **Case Name:** | LEFEVRE, KELLY | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******97-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***0278 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 02/09/11 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/18/10 | {9} | KELLY LEFEVRE | SETTLEMENT REGARDING VEHICLE | 1129-000 | 7,000.00 | | 7,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.09 | | 7,000.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,000.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,000.68 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.73 |
| 10/12/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 7,000.75 |
| 10/12/10 | | To Account #9200******9766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 7,000.75 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 7,000.75 | 7,000.75 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,000.75 | |
| **Subtotal** | 7,000.75 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,000.75** | **$0.00** | |

{} Asset reference(s)

Printed: 02/09/2011 09:05 AM    V.12.56

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-49184-BWB  
**Case Name:** LEFEVRE, KELLY  

**Taxpayer ID #:** **-***0278  
**Period Ending:** 02/09/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/12/10 | | From Account #9200******9765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 7,000.75 | | 7,000.75 |
| 10/12/10 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,450.04, Trustee Compensation; Reference: | 2100-000 | | 1,450.04 | 5,550.71 |
| 10/12/10 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $32.97, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 32.97 | 5,517.74 |
| 10/12/10 | 103 | Capital One Bank (USA), N.A. | Dividend paid 5.47% on $15,805.56; Claim# 1; Filed: $15,805.56; Reference: | 7100-000 | | 864.95 | 4,652.79 |
| 10/12/10 | 104 | Chase Bank USA, N.A. | Dividend paid 5.47% on $13,897.50; Claim# 2; Filed: $13,897.50; Reference: | 7100-000 | | 760.53 | 3,892.26 |
| 10/12/10 | 105 | Chase Bank USA, N.A. | Dividend paid 5.47% on $2,202.02; Claim# 3; Filed: $2,202.02; Reference: | 7100-000 | | 120.50 | 3,771.76 |
| 10/12/10 | 106 | PYOD LLC as assignee of Citibank | Dividend paid 5.47% on $1,881.11; Claim# 4; Filed: $1,881.11; Reference: | 7100-000 | | 102.94 | 3,668.82 |
| 10/12/10 | 107 | PYOD LLC as assignee of Citibank | Dividend paid 5.47% on $9,567.33; Claim# 5; Filed: $9,567.33; Reference: | 7100-000 | | 523.57 | 3,145.25 |
| 10/12/10 | 108 | Advanta Bank Corp. | Dividend paid 5.47% on $12,390.43; Claim# 6; Filed: $12,390.43; Reference: | 7100-000 | | 678.06 | 2,467.19 |
| 10/12/10 | 109 | Fifth Third Bank | Dividend paid 5.47% on $2,923.28; Claim# 7; Filed: $2,923.28; Reference: | 7100-000 | | 159.97 | 2,307.22 |
| 10/12/10 | 110 | Chase Bank USA,N.A | Dividend paid 5.47% on $752.37; Claim# 8; Filed: $752.37; Reference: | 7100-000 | | 41.17 | 2,266.05 |
| 10/12/10 | 111 | American Express Bank, FSB | Dividend paid 5.47% on $1,496.50; Claim# 10; Filed: $1,496.50; Reference: | 7100-000 | | 81.90 | 2,184.15 |
| 10/12/10 | 112 | Fifth Third Bank | Dividend paid 5.47% on $3,968.23; Claim# 11; Filed: $3,968.23; Reference: Stopped on 01/13/11 | 7100-000 | | 217.16 | 1,966.99 |
| 10/12/10 | 113 | Citibank South Dakota NA | Dividend paid 5.47% on $8,648.69; Claim# 12; Filed: $8,648.69; Reference: | 7100-000 | | 473.29 | 1,493.70 |
| 10/12/10 | 114 | U.S. Bank N.A. | Dividend paid 5.47% on $6,317.78; Claim# 13; Filed: $6,317.78; Reference: | 7100-000 | | 345.74 | 1,147.96 |
| 10/12/10 | 115 | Fia Card Services, NA/Bank of America | Dividend paid 5.47% on $10,749.73; Claim# 14; Filed: $10,749.73; Reference: | 7100-000 | | 588.27 | 559.69 |
| 10/12/10 | 116 | Fia Card Services, NA/Bank of America | Dividend paid 5.47% on $9,136.28; Claim# 15; Filed: $9,136.28; Reference: | 7100-000 | | 499.98 | 59.71 |
| 10/12/10 | 117 | GE Money Bank dba SAM'S CLUB | Dividend paid 5.47% on $1,091.03; Claim# 16; Filed: $1,091.03; Reference: | 7100-000 | | 59.71 | 0.00 |
| 01/13/11 | 112 | Fifth Third Bank | Dividend paid 5.47% on $3,968.23; Claim# 11; Filed: $3,968.23; Reference: | 7100-000 | | -217.16 | 217.16 |

Subtotals : $7,000.75   $6,783.59

{} Asset reference(s)

Printed: 02/09/2011 09:05 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-49184-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LEFEVRE, KELLY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***0278 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/09/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 10/12/10 | | | | |
| 01/13/11 | 118 | Clerk Of The U.S. Bankruptcy Court | unclaimed funds | 7100-000 | | 217.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,000.75** | **7,000.75** | **$0.00** |
| | | | Less: Bank Transfers | | 7,000.75 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **7,000.75** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,000.75** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******97-65 | 7,000.75 | 0.00 | 0.00 |
| Checking # 9200-******97-66 | 0.00 | 7,000.75 | 0.00 |
| | $7,000.75 | $7,000.75 | $0.00 |